UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELIZABETH MCKINNEY,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>KELLY & PISCERNE, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:14-cv-01964-RFB-PAL<br><br>ORDER<br><br>(Mtn for Service by Publication – Dkt. #16) |

　　　　This matter is before the court on the Motion for Service by Publication Upon Defendant John G. Picerne, or in the Alternative, an Enlargement of Time to Serve (Dkt. #16) filed February 11, 2015. On February 27, 2015, defense counsel advised Judge Foley's chambers that this matter has settled. *See* Minute Order (Dkt. #18) (cancelling early neutral evaluation conference because of settlement). To date, the parties have not filed a stipulation for dismissal.

　　　　Accordingly,

**IT IS ORDERED:**

1. The Motion to Serve (Dkt. #16) is DENIED WITHOUT PREJUDICE.
2. The parties shall have until **April 10, 2015**, to file a stipulation for dismissal or a joint status report setting forth the status of the pending settlement and when the parties anticipate this matter will be resolved.

Dated this 31st day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE